| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare St. Ste. 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorney for Defendant |
| | DONALD R. BURHANS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:18-po-00037 SAB |
|---|---|
| Plaintiff, | ) **STIPULATION TO ADVANCE CHANGE OF** |
| | ) **PLEA; ORDER** |
| vs. | ) |
| | ) Date: July 12, 2018 |
| DONALD R. BURHANS, | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Stanley A. Boone |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Donald R. Burhans, that a change of plea be advanced to July 12, 2018, at 10:00 a.m.

In order to accommodate Mr. Burhans' schedule, the parties request that his change of plea pursuant to the deferred entry of judgment agreement be advanced to July 12, 2018 at 10: a.m.

///

///

///

///

///

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: June 20, 2018          */s/ Michael Tierney*
                             MICHAEL TIERNEY
                             Assistant United States Attorney
                             Attorney for Plaintiff


                             HEATHER E. WILLIAMS
                             Federal Defender

Date: June 20, 2018          */s/ Andrew Wong*
                             ANDREW WONG
                             Assistant Federal Defender
                             Attorney for Defendant
                             DONALD R. BURHANS


# **O R D E R**

**IT IS SO ORDERED.** A change of plea is hereby advanced to July 12, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **June 20, 2018**

_____
UNITED STATES MAGISTRATE JUDGE