1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW LEMKE, D.C. Bar #1023347
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  DONALD BURHANS

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         Case No. 1:18-po-00037-SAB

12 |         Plaintiff,                STIPULATION TO CONTINUE
                                       SENTENCING HEARING;
13 |    vs.                            ORDER

14 | DONALD BURHANS,
                                       DATE:   December 5, 2019
15 |         Defendant.                TIME:   10:00 a.m.
                                       JUDGE: Hon. Stanley A. Boone
16

17        **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18 counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant

19 Federal Defender Matthew Lemke, counsel for defendant Donald Burhans, that the sentencing

20 hearing currently scheduled for December 5, 2019, may be continued to December 12, 2019, at

21 10:00 a.m.

22        The parties in this case entered a diversionary plea agreement on July 12, 2018.  Pursuant

23 to the agreement, the government agreed to stipulate to the withdrawal of Mr. Burhans' guilty

24 plea and to move for dismissal of the citation at the time of sentencing if Mr. Burhans has fully

25 complied with the agreed upon terms.  Sentencing is currently set in this case for December 5,

26 2019, however, Mr. Burhans is currently attending nursing school and is expected to participate

27 in a clinical exercise on that date.  The parties now jointly ask the Court to continue the

28 sentencing to December 12, 2019, at 10:00 a.m.  Undersigned defense counsel is solely

responsible for the short notice of this request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 2, 2019          */s/ Matthew Lemke*
                                MATTHEW LEMKE
                                Assistant Federal Defender
                                Attorney for Defendant
                                DONALD BURHANS


                                MCGREGOR W. SCOTT
                                United States Attorney

Date: November 27, 2019         */s/ Jeffrey Spivak*
                                JEFFREY SPIVAK
                                Assistant United States Attorney
                                Attorney for Plaintiff

## **O R D E R**

Based on a showing of good cause, the Court hereby orders that the sentencing hearing currently scheduled for December 5, 2019, is continued to December 12, 2019, at 10:00 a.m. Mr. Burhans is ordered to appear.

IT IS SO ORDERED.

Dated: __**December 2, 2019**__

UNITED STATES MAGISTRATE JUDGE